O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE ASIA BUSINESS CENTER, INC., a Philippines corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>ROBERT D. MANNING, an individual; DEBTORWISE FOUNDATION, a Delaware corporation,<br><br>              Defendants. | Case No. CV 12-00956 DDP (CWx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR IMPROPER VENUE** |

    It is not clear to the court that venue is proper in this district. See 28 U.S.C. § 1406(a). According to Defendant DebtorWise Foundation's Notice of Removal: Defendant Robert D. Manning is a citizen of New York, domiciled and residing in New York; and Defendant DebtorWise Foundation is a Delaware Corporation, with its principal place of business in New York. According to Plaintiff Cole Asia Business Center, Inc.'s Complaint, Plaintiff is a Philippine corporation.

///

The parties are therefore ordered to file cross-briefs, not to exceed ten pages, by no later than Monday, April 16, 2012, to show cause why this action should not be dismissed for improper venue. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the court will regard the party as not opposing dismissal of this matter.

IT IS SO ORDERED.


Dated: April 9, 2012

DEAN D. PREGERSON
United States District Judge