
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLE ASIA BUSINESS CENTER, INC., a Philippines corporation, | ) ) ) | Case No. CV 12-00956 DDP (CWx) |
| | ) | **ORDER DENYING COUNTER-DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ROBERT D. MANNING, an individual; DEBTORWISE FOUNDATION, a Delaware corporation, | ) ) ) ) | [Docket No. 35] |
| Defendants. | | |

Presently before the court is Counter-Defendant Access Counseling Inc.'s Motion to Quash Service of Process ("Motion"). Having reviewed the parties' moving papers, the court DENIES the Motion and adopts the following Order.

As set forth in the Proof of Service and Affidavit of Reasonable Diligence on file with the court, the process server brought the relevant documents to Counter-Defendant's business address - also the address of record for Counter-Defendant's counsel in this action - on April 11, 2012. Security then

contacted Muriel Senteno, who - after being informed of the "documents for service and the parties being served" - stated that "she was authorized to accept on behalf of the entities."

Under these circumstances, the court finds that service of process was properly made on an agent authorized to receive such service for Counter-Defendant. See Fed. R. Civ. P. 4(h)(1)(B); Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc., 840 F.2d 685, 688-89 (9th Cir. 1988). The court therefore DENIES Counter-Defendant's Motion to Quash.

IT IS SO ORDERED.

Dated: August 16, 2012

DEAN D. PREGERSON
United States District Judge

2