O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE ASIA BUSINESS CENTER, INC., a Philippines corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT D. MANNING, an individual; DEBTORWISE FOUNDATION, a Delaware corporation,<br><br>            Defendants.<br>_____ | Case No. CV 12-00956 DDP (CWx)<br><br>**ORDER DENYING EX PARTE APPLICATION FOR CONTINUANCE** |

   Before the court is Defendant/Counterclaimant/Third Party Claimant Robert D. Manning's Ex Parte Motion for a 120 day continuance of the trial and all related dates so that he can secure legal representation and so that his new counsel has sufficient time to prepare for trial.  The court DENIES the motion. Dr. Manning has been aware of the need to obtain new counsel at least since April 24, 2013, and most likely before that date.  The court finds that the case is not so complex as to require a continuance of the trial date, which is over seven weeks away, and

1 | that Dr. Manning's new counsel will have sufficient time to prepare
2 | without altering the trial date at this stage in the proceedings.
3 |
4 | IT IS SO ORDERED.
5 |
6 |
7 | Dated: June 4, 2013
8 |                                                 DEAN D. PREGERSON
                                                United States District Judge